# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH A. RODRIGUEZ,

    Plaintiff,

v.

MILAGROS CLAVANO, et al.,

    Defendants.

2:09-CV-395 JCM (PAL)

## ORDER

Presently before the court is defendants Milagros Clavano, Janice Cullen, Marcy Lukes Blake, and the United States Postal Service's motion to dismiss plaintiff Jospeh Rodriguez's complaint. (Doc. #26). Mr. Rodriguez has failed to file a response.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

In light of the plaintiff's failure to respond, continued non-compliance with the orders of this court, and weighing the factors identified in *Ghazali*, the court finds dismissal appropriate.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. #26) be, and the same hereby is, GRANTED.

DATED March 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -